

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-22-00130-CV

**CONSOLIDATED TOWNE EAST HOLDINGS, LLC**,
Appellant

v.

**THE CITY OF LAREDO**, Robert A. Eadsd in his official capacity office of City Manager, and
Riazul I. Mia in his official capacity of Director City of Laredo Utilities,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK001518D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The clerk's record was originally due on January 24, 2022. On March 3, 2022, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than March 17, 2022** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court